Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Frank Martinez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MARTINEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:13-cv-01491-BAM<br><br>STIPULATION AND ORDER<br>AWARDING  PAYMENT OF<br>ATTORNEY FEES PURSUANT TO<br>THE EQUAL ACCESS TO JUSTICE<br>ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE BARBARA A. MCALUIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Frank Martinez be awarded attorney fees and expenses in the amount of THREE THOUSAND TWO HUNDRED dollars ($3,200) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1    After the Court issues an order for EAJA fees to Frank Martinez, the

2  government will consider the matter of Frank Martinez's assignment of EAJA fees

3  to Brian C. Shapiro.  The retainer agreement containing the assignment is attached

4  as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability

5  to honor the assignment will depend on whether the fees are subject to any offset

6  allowed under the United States Department of the Treasury's Offset Program.

7  After the order for EAJA fees is entered, the government will determine whether

8  they are subject to any offset.

9    Fees shall be made payable to Frank Martinez, but if the Department of the

10  Treasury determines that Frank Martinez does not owe a federal debt, then the

11  government shall cause the payment of fees, expenses and costs to be made

12  directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment

13  executed by Frank Martinez.  *United States v. $186,416.00*, 722 F.3d 1173, 1176

14  (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an

15  assignment that did not interfere with a raised superior lien).[1]  Any payments made

16  shall be delivered to Brian C. Shapiro.

17  _____

18  [1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will
not participate in representing to this Court that it carries legal import in these

19  proceedings.  *$186,416 II* involved a different statute and very different factual
circumstances than those presented here, or in other Social Security cases.

20  Because the parties have agreed to the payment of EAJA fees, and the amount, and
to avoid motion practice solely related to Plaintiff's citation, the Commissioner

21  agrees to this stipulation. The Commissioner reserves the right to challenge the
applicability of *$186,416 II* to any Social Security case, and this Stipulation should

22  not be construed as a waiver of such reservation.

23

24  Frank Martinez contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753,
757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference

25  between the CAFRA and EAJA in terms of "ownership" of the fee.

26

1   This stipulation constitutes a compromise settlement of Frank Martinez's

2   request for EAJA attorney fees, and does not constitute an admission of liability on

3   the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

4   shall constitute a complete release from, and bar to, any and all claims that Frank

5   Martinez and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing

6   may have relating to EAJA attorney fees in connection with this action.

7   This award is without prejudice to the rights of Brian C. Shapiro and/or the

8   Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees

9   under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

10

11   DATE: April 23, 2015                    Respectfully submitted,

12                                           LAW OFFICES OF LAWRENCE D. ROHLFING

13                                                     /s/ *Brian C. Shapiro*
                                            BY:_____

14                                               Brian C. Shapiro
                                                 Attorney for plaintiff Frank Martinez

15

16   DATED:  April 23, 2015

17                                           BENJAMIN B. WAGNER

18                                           DONNA L. CALVERT
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

19
                                                     /s/ *Lynn M. Harada*
20                                           _____

21                                           Lynn M. Harada
                                             Special Assistant United States Attorney

22                                           Attorneys for Defendant Carolyn W. Colvin,
                                             Acting Commissioner of Social Security

23                                           (Per e-mail authorization)

24

25

26

1

## ORDER

2       Based upon the parties' Stipulation for the Award and Payment of Equal

3   Access to Justice Act Fees and Expenses filed on April 23, 2015 (Doc. 17) ("the

4   Stipulation"), IT IS ORDERED that fees and expenses in the amount of $3,200.00

5   as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the

6   Stipulation.

7   IT IS SO ORDERED.

8       Dated:   **May 1, 2015**              /s/ *Barbara A. McAuliffe*

9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26